UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 4: 21 CR 697 SRC / DDN |
| DANIEL BERT, | ) ) ) | |
| Defendant. | ) | |

### ORDER EXTENDING TIME TO FILE PRETRIAL MOTIONS

**IT IS HEREBY ORDERED** that defendant's motion for more time to determine whether to file pretrial motions [Doc. 55] is sustained. Defendant has until **April 12, 2023,** to file pretrial motions or a waiver thereof**.**

**IT IS FURTHER ORDERED that if the defendant chooses not to file any pretrial motions, counsel for the defendant shall file with the court no later than the date set for the filing of pretrial motions, a memorandum attesting that (1) there are no issues that the defendant wishes to raise by way of pretrial motion; (2) that counsel has personally discussed this matter with the defendant; (3) that the defendant agrees and concurs in the decision not to raise any issues by way of pretrial motions; and (4) that any then pending pretrial motion is withdrawn. Following the filing of this memorandum, any further pretrial evidentiary hearing setting for this defendant before the undersigned Magistrate Judge will be vacated, and all further proceedings for this defendant will be before the assigned District Judge.**

**IT IS FURTHER ORDERED** that the time from the date of arraignment to the date pretrial motions or the waiver thereof are to be filed is excluded from computation of the latest date for the trial setting as prescribed by the Speedy Trial Act. <u>See</u> 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS FURTHER ORDERED** that the pretrial hearing, if any, if reset to **May 22, 2023, at 9:00 a.m.**

                                                             /s/ David D. Noce          
                                                  **UNITED STATES MAGISTRATE JUDGE**

Signed on January 19, 2023.